IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| Chad Rados, | : |
| Plaintiff, | : Civil Action No.: 7:14-CV-00163-HL |
| v. | : |
| Goldberg & Peretti, LLC, | : **[PROPOSED] ORDER** |
| Defendant. | : |

THAT WHEREAS it has been made to appear to the undersigned Clerk of the Court for the Middle District of Georgia, upon affidavit or otherwise, that the Defendant Goldberg & Peretti, LLC has failed to plead;

And that the Defendant Goldberg & Peretti, LLC is otherwise subject to entry of default as provided by the Rule 55(a) of Federal Rules of Civil Procedure;

NOW, THEREFORE, Default is hereby entered against Defendant Goldberg & Peretti, LLC in this action as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This the ____ day of _____, 2015.

_____
Clerk of Court